IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97CR-23

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AQUILIA MARCIVICCI BARNETTE, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon remand from the Fourth Circuit Court of Appeals for further consideration in light of *Miller-El v. Dretke*, 545 U.S. 231, 125 S.Ct. 2317 (2005). Pursuant to 18 U.S.C. § 3005, Defendant Barnette is entitled to two counsel. Attorney Harold Bender shall continue as counsel, and the Court shall direct the Federal Defenders of Western North Carolina to appoint co-counsel.

It is hereby ORDERED THAT the Federal Defenders of Western North Carolina shall appoint co-counsel, in accordance with the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Defendant Aquilia Marcivicci Barnette.

Signed: November 30, 2007

Richard L. Voorhees
United States District Judge